FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Ford
(Last Name)     (Identification Number)

Dejarney Kemon
(First Name)    (Middle Name)

Clarke County Jail
(Institution)

444 W. Donald St.
Quitman 39355-2030
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.    CIVIL ACTION NUMBER: 2:20cv227-KS-MTP
(to be completed by the Court)

~~Shaffer~~ Clarke County
Clarke County Jail
Barry White
Todd Kemp

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓)   No ( )

B. Are you presently incarcerated?
Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Deanney Kernon Ford   Prisoner Number: _____

Address: Clarke County Jail
444 W. Donald Street
Quitman MS, 39355-2030

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Barry White is employed as Jail Administrator at Clarke County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Deanney Kernon Ford

ADDRESS: Clarke County Jail
444 W. Donald Street
Quitman MS, 39355-2030

DEFENDANT(S):

NAME: Clarke County
Clark County Jail
Todd Kemp
Barry White

ADDRESS: Clarke County Jail
444 W. Donald Street
Quitman MS,
39355-2030

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (√)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action:_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____

_____

3. Docket Number:_____

4. Name of judge to whom case was assigned:_____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

_____

CASE NUMBER 2.
1. Parties to the action:_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____

_____

3. Docket Number:_____

4. Name of judge to whom case was assigned:_____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

_____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Barry White asked me to come out the two man cell and lay on the floor and he start beating me and kicking me and said he will kill me and let me rot. And since the Surgery I been urinating out of my rectum and Barry White said

→ over

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. Law suit

Signed this 9th day of December, 20 20.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_Delanney Kemon Ford_
Signature of plaintiff

The Doctor that They had wired My rectum. together.